**No. 47736.**—Protests 563764–G, etc., of Cohn & Lewis (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that certain items consist of "8-Bu. paper hats," the claim at only 25 percent ad valorem under paragraph 1504 (b) (5) was sustained, following *Caradine Hat Co.* v. *United States* (9 Cust. Ct. 69, C. D. 664).